UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

       V.                                 : Cr.No. 05-386 (ESH)

ADRIAN JACKSON                    :

**ENTRY OF APPEARANCE**

       Please enter my appearance as appointed counsel for the Defendant, Adrian Jackson in the above captioned case.

_____
Thomas Abbenante #227934
1919 Pennsylvania Avenue NW
Suite 200
Washington, DC 20006
202-223-6539
Fax. No. 202-452-0067
Email Address: tabbenante@aol.com