UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **V.** | : | **Criminal No.: 05-CR-003869(ESH)** |
| | : | **Judge HUVELLE** |
| | : | **Status Hrng: 12/19/05** |
| **ADRIAN JACKSON** | : | |

## MOTION TO ENTER APPEARANCE

Please enter Jon W. Norris as retained counsel of record in the above captioned matter. Counsel is in good standing with the District of Columbia Bar.

Respectfully Submitted,

_____
Jon W. Norris (Bar # 426105)
LAW OFFICES OF JON NORRIS
641 Indiana Avenue, NW
2nd Floor
Washington D.C., 20004
(202) 842-2695

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion to Enter Appearance was delivered via facsimile to Rachel Carlson Lieber at 202-514-8707 at the Office of the United States Attorney, at 555 Fourth St. NW, Washington D.C. 20001 on this 15th day of December, 2005.

_____
Jon W. Norris