**TAB 2**

**JACKSON**

| CHARGE | DOCUMENT |
|---|---|
| ASSAULT WITH A HANDGUN | ARREST REPORT |
| POSSESSION WITH INTENT TO DISTRIBUTE COCAINE BASE | ARREST REPORT |

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

STATE OF MARYLAND
STATE'S ATTORNEY — N. Grissett                    CASE NUMBER    CA033240J

VS                                                 TRACKING #     CR4E00227882

JACKSON, ADRAIN DAVID          DOB: 07/11/78       DATE: 1/12, 2004
                               ID: X0408924        CLERK  Lisa Roarick
DEFENSE ATTORNEY — DAVIES, MATTHEW F

DOCKET ENTRIES

JUDGE Lamasney, PRESIDING: Ms. Bingham, REPOR

1. _____
2. DEFENDANT WITHDRAWS PLEA OF "NOT GUILTY" GENERALLY AND ENTERS PLEA OF "GUI" "NOLO CONTENDERE" TO COUNT 2 — Carry a handgun. ABA
   DEFENDANT FOUND GUILTY. NO FINDING.
3. PRESENTENCE REPORT SEALED AND FILED.
4. SENTENCED TO THE JURISDICTION OF THE DIVISION OF CORRECTION/P.G. COUNTY DEPT. OF CORRECTIONS AS FOLLOWS:
   COUNT 2 FOR A PERIOD OF 30 YEARS days
   COUNT ___ FOR A PERIOD OF ___ YRS, CONCURRENT WITH/CONSECUTIVE TO CNT ___
   COUNT ___ FOR A PERIOD OF ___ YRS, CONCURRENT WITH/CONSECUTIVE TO CNT ___
   COUNT ___ PAY A FINE OF $_____
5. SENTENCE TO COMMENCE AS OF 1-20-04. (0 DAYS CREDIT GIVEN).
6. ALL BUT ___ DAYS ARE SUSPENDED AND THE DEFENDANT IS PLACED ON UNSUPERVIS SUPERVISED PROBATION FOR A PERIOD OF _____.
7. SENTENCE TO INCARCERATION IS SUSPENDED AND THE DEFENDANT IS PLACED ON UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____.
8. FURTHER PROCEEDINGS DEFERRED. ENTRY OF JUDGMENT IS STAYED PURSUANT TO CRIMINAL PROCEDURE SECTION 6-220, AND THE DEFENDANT IS PLACED ON UNSUPERVISED/SUPERVISED PROBATION FOR A PERIOD OF _____.
9. COURT COSTS ASSESSED AT $_____. COURT COST WAIVED.
10. ORDER FOR PROBATION, FILED.
11. (A) STET   (B) NOLLE PROS   (C) JUDGMENT OF ACQUITTAL
    (D) NOT GUILTY  (E) MERGE REMAINING COUNTS INTO COUNT 2.
12. DEFENDANT FAILED TO ANSWER. APPEAL IS DISMISSED. FILE REMANDED TO THE DISTRICT COURT.
13. ANY BENCH WARRANTS ARE RECALLED. ANY BOND DISCHARGED.
14. DEFENDANT PLACED ON UNSUPERVISED PROBATION UNTIL FINE AND COSTS ARE PAID.
15. FINE AND COSTS TO BE PAID BY _____.
16. DISMISSED AS DUPLICITOUS.
17. MERGED WITH CASE.
18. SUSPEND THE IMPOSITION OF ANY SENTENCE.
19. CLERK TO ISSUE RELEASE ORDER D.O.C/DETENTION CENTER.
20. SENTENCE TO BE SERVED IN THE COUNTY CORRECTIONAL FACILITY.
21. DEFENDANT RELEASED AS TO THIS CASE ONLY.
22. Sentence to be served on Home Detention.
23. _____
24. _____

(A053240)

 

# DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772   Case No.:004E00227882

| STATE OF MARYLAND | VS | JACKSON, ADRAIN DAVID |
|---|---|---|
| COMPLAINANT: | | 2627 BOWEN RD SE #102 |
| Officer: LIDE | | WASHINGTON, DC 20020 |
| Agency/Subagency: DA SOD | | CC#: 030800056   SID: |
| ID: 2200 | | Local ID:   DL#:   DL State: |

Race: 1   Sex: M   Height: 5'7"   Weight: 182   Hair: BLK   Eyes: BRN
DOB: 07/11/1978   Phone(H): (202) 610-0459   Phone(W):

**FILED**

SEP 18 2003 IV

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

## CHARGE SUMMARY

UPON THE FACTS CONTAINED IN THE APPLICATION OF LIDE
IT IS FORMALLY CHARGED THAT JACKSON, ADRAIN DAVID at
the dates, times and locations stated in the Charging document:

| CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF THE CHARGE |
|---|---|---|---|
| 1 1420 | CR 3 202 | 25 Y | ASSAULT - ~~FIRST~~ 3rd DEGREE |
| 1 5212 | CR 4 203 | 3 Y &/or $2,500.00 | HANDGUN ON PERSON |

Date: 03/21/2003   Time: 08:37 AM   Judicial Officer: _____ 5096

Tracking No. 000002156932

X0408924

LaTonya Thomas 5096



# DISTRICT COURT OF MARYLAND FOR Prince George's County

DATE: 03/21/2003
TIME: 01:17
RELATED CASE(S)

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, MD 20772

DISTRICT COURT CASE NUMBER
4E00227882

DEFENDANT'S NAME (LAST, FIRST M.I.)
JACKSON, Adrain David

| COMPLAINANT | | | DEFENDANT | | |
|---|---|---|---|---|---|
| NAME (LAST, FIRST M.I.) Cpl. Lide | | TITLE | NAME (LAST, FIRST M.I.) JACKSON, Adrain David | | TITLE |
| AGENCY P.G. County Police | SUB-AGENCY | I.D.NO.(POLICE) 2200 | MAFIS NAME (LAST, FIRST M.I.) | | TITLE |

| I.D.NO. | RACE B | SEX M | HT. 5'07" | WT. 182 | D.O.B.(MM/DD/YY) 7/11/78 |
|---|---|---|---|---|---|

| WORK TELEPHONE (301) 731-7818 | HOME TELEPHONE | CC/OCA 538204 | HAIR BLK | EYES Brown | OTHER DESCRIPTION |
|---|---|---|---|---|---|

ADDRESS: SOD 6700 Riverdale Road
CITY: Riverdale, STATE, ZIP CODE 20737

WORK TELEPHONE (202) 610-0459
HOME TELEPHONE ( ) -
ADDRESS: 2627 Bowen Rd SE  APT.NO. 102
CITY: Washington DC STATE ZIP CODE 20020

☐ DOMESTIC VIOLENCE    ☐ HATE CRIME    Page 1 of ___

## STATEMENT OF CHARGES

IT IS FORMALLY CHARGED THAT THE DEFENDANT

**1** CJIS CODE 1 1420  AR 981963  ON OR ABOUT(DATE) 03/21/2003 01:17  AT (PLACE) 3258 Brinkley Road Temple Hills Prince George's County, MD

...did assault Lawrence Metcalf in the ~~first~~ 2nd degree in violation of CR 3-202, contrary to the form of the act of the assembly in such case made and provided and against the peace, government and dignity of the state.

3-203

IN VIOLATION OF:
☒ MD ANN. CODE ART. CR SEC. 3-202  ☐ COMMON LAW OF MD.  ☐ PUB. LOCAL LAW ART. SEC.
PROBABLE CAUSE ✓ Y ___N
☐ COMAR/AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE
COMMISSIONER INITIALS ID NO. 5096 LT

**2** CJIS CODE 1 5212  AR 981963  ON OR ABOUT(DATE) 03/21/2003 01:17  AT (PLACE) 3258 Brinkley Road Temple Hills Prince George's County, MD

...did wear, carry and transport a handgun upon and about their person.

IN VIOLATION OF:
☒ MD ANN. CODE ART. CR SEC. 4 203  ☐ COMMON LAW OF MD.  ☐ PUB. LOCAL LAW ART. SEC.
PROBABLE CAUSE ✓ Y ___N
☐ COMAR/AGENCY CODE NO.  ☐ ORDINANCE NO.  AGAINST THE PEACE, GOVERNMENT AND DIGNITY OF THE STATE
COMMISSIONER INITIALS ID NO. 5096 LT

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 2A)    Court Copy

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATE 03/21/2003
PEACE OFFICER Cpl. Lide (Lide)
AGENCY - SUB-AGENCY P.G. County Police
I.D.NO. 2200

TRACKING NO. 000002156921    CBF NO. _____

FORM DC/CR 2 (Rev. 7/94)

CCN: 03-080-0056

# DISTRICT COURT OF MARYLAND FOR Prince George's County

DATE: 3/21/03
TIME: 01:17
RELATED CASE(S):

**LOCATED AT (COURT ADDRESS)**
14735 Main Street
Upper Marlboro, MD 20772

**DISTRICT COURT CASE NUMBER**
4E00227882

## COMPLAINANT

| Field | Value |
|---|---|
| NAME (LAST, FIRST M.I.) | Cpl. Lide |
| TITLE | |
| AGENCY | P.G. County Police |
| SUB-AGENCY | |
| I.D.NO.(POLICE) | 2200 |
| WORK TELEPHONE | (301) 731-7818 |
| HOME TELEPHONE | |
| ADDRESS | SOD, 6700 Riverdale Road |
| CITY | Riverdale, MD 20737 |

## DEFENDANT

| Field | Value |
|---|---|
| NAME (LAST, FIRST M.I.) | JACKSON, Adrain David |
| MAFIS NAME | |
| I.D.NO. | |
| RACE | B |
| SEX | M |
| HT. | 5' 07" |
| WT. | 182 |
| D.O.B. | 7/11/78 |
| CC/OCA | 538204 |
| HAIR | BLK |
| EYES | Brown |
| OTHER DESCRIPTION | WHITE T SHIRT BLK PANTS |
| WORK TELEPHONE | (202) 610-0459 |
| HOME TELEPHONE | |
| ADDRESS | 2627 Bowen Rd SE, APT 102 |
| CITY | Washington DC 20020 |

☐ DOMESTIC VIOLENCE   ☐ HATE CRIME                                Page 1 of __

## STATEMENT OF PROBABLE CAUSE
ARREST ON TRAFFIC/NATURAL RESOURCES CITATIONS/CRIMINAL CHARGES/MUNICIPAL ORDINANCES/PUBLIC LOCAL LAWS

ON 3/21/03 AT 0117 HRS AT 3285 BRINKLEY RD TEMPLE HILLS, MD ( PRINCE GEORGE'S COUNTY ) 20748 (CLUB ELITE). OFFICER LIDE #2200 WAS WORKING SECURITY WHEN HE OBSERVED ADRIAN JACKSON (DEFENDANT) RUNNING TOWARDS THE EXIT DOOR OF CLUB ELITE. OFFICER LIDE ALSO OBSERVED SEVERAL PEOPLE RUNNING BEHIND ADRIAN JACKSON. AS THEY ALL WERE EXITING CLUB ELITE, LAWRENCE METCALF (VICTIM) YELLED " HE HAS A GUN", REFERRING TO ADRIAN JACKSON. OFFICER LIDE THEN WENT OUTSIDE AND OBSERVED LAWRENCE METCALF AND SOMEONE ELSE RESTRAINING ADRIAN JACKSON. OFFICER LIDE OBSERVED LAWRENCE METCALF PULL A GREEN OBJECT FROM THE RIGHT SIDE OF ADRIAN JACKSON'S WAISTBAND. OFFICER LIDE TOOK THE OBJECT FROM LAWRENCE METCALF. THE GREEN OBJECT WAS A GREEN SOCK AND INSIDE OF THE SOCK WAS A FABRINER VITORIA FIRESTORM .45 CALIBER HANDGUN ( SERIAL "71-04-03772-00 ) BLACK IN COLOR.

LAWRENCE METCALF TOLD OFFICER LIDE THAT HE AND ADRIAN JACKSON ACCIDENTLY BUMPED INTO EACH OTHER INSIDE OF CLUB ELITE. ADRIAN JACKSON BECAME UPSET AND POINTED THE HANDGUN AT HIM (LAWRENCE METCALF). LAWRENCE METCALF THEN WALKED AWAY FROM THE DEFENDANT (ADRIAN JACKSON) TO GET HELP. LAWRENCE METCALF AND SEVERAL CITIZENS ATTEMPTED TO APPROACH ADRAIN JACKSON INSIDE OF CLUB ELITE. ADRIAN JACKSON THEN ATTEMPTED TO LEAVE THE CLUB BY RUNNING OUT THE FRONT EXIT OF CLUB ELITE. ADRIAN JACKSON WAS THEN CAUGHT AND DETAINED AFTER A BRIEF STRUGGLE WITH THE VICTIM AND CITIZENS UNTIL OFFICER LIDE PLACED HIM UNDER ARREST. ADRIAN JACKSON SUFFERED MINOR FACIAL LACERATIONS AND BRUISING FROM WHEN HE ATTEMPTED TO RESIST APPREHENSION BY THE VICTIM (LAWRENCE METCALF) AND THE GROUP OF CITIZENS.

THE DEFENDANT (ADRIAN JACKSON) WAS TRANSPORTED TO FORT WASHINGTON HOSPITAL WHERE HE WAS TREATED AND RELEASED. THE DEFENDANT WAS THEN TRANSPORTED TO DISTRICT 4 FOR PROCESSING. ALL EVENTS OCCURRED IN PRINCE GEORGE'S COUNTY, MARYLAND.

☐ CONTINUED ON ATTACHED SHEET (FORM DC/CR 4A)    PROBABLE CAUSE CHARGES # 3
LACK OF PROBABLE CAUSE CHARGES # ____

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE MATTER AND FACTS SET FORTH IN THE FOREGOING DOCUMENT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

DATE: 3/21/03
ARRESTING OFFICER: Cpl. Lide
AGENCY: P.G. County Police
I.D.NO.: 2200

☒ I HAVE REVIEWED THE STATEMENT OF CHARGES AND HAVE DETERMINED THAT THERE IS PROBABLE CAUSE TO DETAIN THE DEFENDANT
☐ THERE IS NOT PROBABLE CAUSE TO DETAIN THE DEFENDANT AND I HAVE ACCORDINGLY RELEASED HIM ON HIS OWN RECOGNIZANCE.

DATE: 3/21/03
COMMISSIONER I.D.NO.: 5096

TRACKING NO. 0000021569 21    CBF NO. ____

Court Copy                                     FORM DC/CR 4 (Rev. 7/94)

Date Printed: May 18, 2006

## Circuit Court For Prince George's County, Maryland

Case No. CA033240J

State of Maryland

VS.

Adrain David Jackson
2627 Bowen Rd Se #102

Washington, DC 20020

Alias: Adrain David Jackson
DOB: 07/11/1978
ID#: Z0408924
Tracking#: 000002156932
Dist Court#: CR4E00227882

Assistant State's Attorney: Nycole L Grissett
Defense Attorney: Matthew Davies

DCM Track: A3
Rule 4-271 Date:

Charge: Assault 2nd Degree
 One of 2 related Charges
 Citation Number:

**Bond**

| Type | Amount | Bondsman |
|---|---|---|
| Corporate Bond | $25,000.00 | Adrain David Jackson |

**Event Activity**

| Date | Event | Date | Closing Docket | Judge/Master |
|---|---|---|---|---|
| 12/11/03 | Status Conference | 12/11/03 | Status Conference Moot | Vincent J Femia |
| 01/12/04 | Trial | 01/12/04 | Plea Hearing Held | Maureen M Lamasney |

Date Printed: May 18, 2006

## Circuit Court For Prince George's County, Maryland

Case No. CA033240J

**Docket Activity**

| Date | User | Docket Entry |
|---|---|---|
| 03/21/03 | (CON) | Corporate Bond |
| 12/11/03 | (CON) | Status Conference Moot |
| 01/12/04 | (CON) | Adult Trial/Sentence |
| 01/12/04 | (CON) | Condition of Bond Met |
| 01/12/04 | (CON) | Conversion Case Closed |
| 01/12/04 | (CON) | Plea Hearing Held |
| 02/17/04 | (CON) | OR1 Sentence: PGC DOC |
| 03/16/04 | (CON) | Conversion Hicks Date |
| 05/17/06 | (JCT) | Letter Requesting Copies Fd From DOJ. 318 |

Case No: CA033240J

STATE OF MARYLAND
PRINCE GEORGE'S COUNTY, TO WIT:

I HEREBY CERTIFY THAT the foregoing is a true copy of the documents in the above entitled case in the Circuit Court for Prince George's County, Maryland.

IN TESTIMONY WHEREOF, I hereto set my hand and affix the seal of the Circuit Court for Prince George's County, Maryland, this 23rd day of May, 2006.

*Rosalyn E. Pugh*
Rosalyn E. Pugh, Clerk   #318

# METROPOLITAN POLICE DEPARTMENT
Washington, D.C.

## ARREST/PROSECUTION REPORT
P.D. 16 Rev. 6/94

| Field | Value |
|---|---|
| UNIT-ARREST NO. | 079800937 |
| 3. DEFENDANT'S TRUE NAME - LAST, FIRST, MIDDLE (ID Only) | |
| 4. CID NUMBER | |
| 6. DEFENDANT'S NAME - LAST, FIRST, MIDDLE (At time of arrest) | JACKSON, ADRIAN, D |
| 7. DEA NUMBER | HI 891 |
| 8. Arresting Officer's Name | MYERS III, ALFRED, L. |
| 9. TYPE OF RELEASE | |
| 10. NICKNAME / ALIAS | |
| 11. PHONE NUMBER | NONE |
| Rank / Agency | OFC 2145 MPDC |
| 12. COURT DATE | 2/9/98 |
| 13. ADDRESS | 3351 BROTHERS PL SE |
| 14. TIME IN D.C. | LIFE |
| 16. SEX | M |
| 17. RACE | BLK |
| 18. BIRTHDATE | 7/11/78 |
| 19. SOCIAL SECURITY NUMBER | 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 |
| 21. HEIGHT | 5'8 |
| 22. WEIGHT | 180 |
| 23. HAIR | BLK |
| 24. EYES | BRN |
| 25. COMPLEX | MED |
| 26. PERMIT NO/ST | 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/DC |
| 27. BIRTHPLACE | WASHINGTON, DC |
| 28. CO-DEFENDANTS: Number | 0 |
| 33. HAT | BLK |
| 34. JACKET | GREEN |
| 35. PANTS | GREEN |
| 37. SHIRT | BLUE |

39. WALES/NCIC CHECK — NCIC NUMBER: SYSTEM DOWN

40. LOCATION OF OFFENSE: 100 BLK OF STERLING ST SE — DATE OF OFFENSE: 2/9/98 — TIME OF OFFENSE: 0330
41. LOCATION OF ARREST: 100 BLK OF STERLING ST SE — DATE OF ARREST: 2/9/98 — TIME OF ARREST: 0335
42. ASSISTING OFFICER'S NAME, BADGE NO. & UNIT OR AGENCY: WOODWARD, E 1612 7D

43. DEFENDANT ADVISED OF RIGHTS
DATE: 2/9/98  TIME: 0400  LOCATION: 7D  OFFICER'S NAME: REBISH  BADGE NO.: 190  UNIT: 7D

44. COMPLAINANTS / WITNESSES
W-1: MYERS III, ALFRED, L.  ADDRESS: 2455 ALABAMA AVE  BIRTHDATE: ADULT  WORK PHONE: 202 645 0011

49. CHARGES
1. USCA PWID COCAINE — CCN: 067-162

50. PROPERTY RECOVERED / ITEMS OF EVIDENCE
PROPERTY BOOK/PAGE NO.: 599/127

DISTRIBUTION: Page 1 to ID & RD; Page 2 & 3 to Prosecutor; Page 4 (yellow), Unit Copy; Page 5, Officer's Copy.

PAGE 1    REVERSE CARBON AND FILL IN REVERSE SIDE OF THIS FORM

REVERSE CARBONS

**55. EMPLOYMENT HISTORY** (List present employment, if any, on Line 1)

| FROM - DATE - TO | EMPLOYER | ADDRESS | BUS. PHONE | OCCUPATION |
|---|---|---|---|---|
| 1. | UNEMPLOYED | | | |
| 2. | | | | |

**56. NAMES OF LIVING FAMILY, RELATIVES, FRIENDS AND ASSOCIATES** (Begin with immediate family)

| RELATIONSHIP | DOB/AGE | NAME - LAST, FIRST, M.I. | ADDRESS - STREET, CITY, STATE, ZIP CODE | PHONE NUMBER |
|---|---|---|---|---|
| GRANDFATHER | 60 | MEDLEY, JAMES | 3351 BROTHERS PL SE | |

**57. MILITARY SERVICE: BRANCH/DATE FROM - TO:** N/A

**58. TELEPHONE CALL MADE:** ☒ Yes ☐ No ☐ Refused

**59. PHONE NUMBER:** 202 563-2290

**60. STATEMENT OF FACTS:**

ON 2/9/98 AT APPROXIMATELY 0330 HRS WHILE ON ROUTINE PATROL THE DEFENDANT WAS OBSERVED OPERATING A GREEN NISS BEARING MD TAGS ETF-610 WITH NO LIGHTS RUNNING IN THE 100 BLK OF STERLING ST SE. DUE TO RECENT THEFTS FROM AUTO'S AND A BOW GUN WHICH OCCURRED IN THE AREA, SPECIAL ATTENTION WAS ENFORCED DURING THE MIDNIGHT TOUR OF DUTY. THE DEFENDANT AND A PASSENGER APPEARED TO BE SLUMPED IN THE VEHICLE TO AVOID BEING SEEN. A TRAFFIC STOP WAS CONDUCTED AND THE DEFENDANT AND PASSENGER WERE ASKED TO STEP OUT OF THE VEHICLE.

A FRISK OF THE DEFENDANT BY THE UNDERSIGNED OFFICER, BY TOUCHING THE OUTER JACKET, FELT TO BE PACKAGE ROCK COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND SEARCH INCIDENT TO ARREST REVEALED 56 SMALL ZIP LOCK BAGS OF A WHITE ROCK LIKE SUBSTANCE, A MED SIZE ROCK LIKE SUBSTANCE, ALL PACKAGE IN A MED CLEAR SANDWICH BAG. THESE SUBSTANCES FIELD TESTED POSITIVE FOR A COLOR REACTION TO COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND TRANSPORTED TO THE SEVENTH DISTRICT.

COC DRUGS DEF → MYERS → REBISH → MYERS → HS → PB.   COC MONEY DEF → MYERS → PB.

**61. DEFENDANT'S VERSION / REMARKS:**

BEFORE RIGHTS, IN REFERENCE TO QUESTION, BEFORE ARREST

"I HAVE SOME CRACK".    "I WAS GOING TO SERVE HIM".

**62. RECORD CLERK'S NAME:** SYSTEM DOWN

**63. ARREST RECORD SUMMARY**

**64. PROPERTY BOOK/PAGE NO. PRISONER'S PROPERTY ONLY**

**65. BAIL REFORM ACT CASES:** Was a statement made by defendant in reference to his/her failure to appear? ☐ Yes ☐ No

**66. PRINTED NAME - OFFICER MAKING STATEMENT:** MYERS, ALFRED
**BADGE NUMBER:** 2145
**RANK:** OFC
**UNIT:** 7D
**DATE:** 2/9/98

**67. SIGNATURE OF OFFICER MAKING STATEMENT:** /s/ Al Myers

**68. SIGNATURE OF REVIEWING OFFICIAL:** /s/
**UNIT:** 7D
**DATE:** 2-9-98

CHECK LAST COPY FOR LEGIBILITY BEFORE TURNING IN REPORT

DISTRICT OF [COLUMBIA]
OFFICE OF THE [ATTORNEY]

UNITED STATES

vs

Jackson, Adrain

person(s). Do not give Witnesses' Names or Addresses. REFER to them as W1 or W2, etc as noted in Item 3.

ON 2/9/98 AT APPROXIMATELY 0330 HRS WHILE ON ROUTINE PATROL THE DEFENDANT, A. JACKSON, WAS OBSERVED OPERATING A GREEN NISS BEARING MD TAGS ETF-610 WITH NO LIGHTS RUNNING IN THE 100 BLK OF STERLING ST SE. DUE TO RECENT THEFTS FROM AUTO'S AND A ROD GUN WHICH OCCURRED IN THE AREA, SPECIAL ATTENTION WAS ENFORCED DURING THE MIDNIGHT TOUR OF DUTY. THE DEFENDANT AND A PASSENGER APPEARED TO BE SLUMPED IN THE VEHICLE TO AVOID BEING SEEN. A TRAFFIC STOP WAS CONDUCTED AND THE DEFENDANT AND PASSENGER WERE ASKED TO STEP OUT OF THE VEHICLE.

A FRISK OF THE DEFENDANT BY THE Arresting OFFICER, BY TOUCHING THE OUTER JACKET, FELT TO BE PACKAGE ROCK COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND SEARCH INCIDENT TO ARREST REVEALED 56 SMALL ZIP LOCK BAGS OF A WHITE ROCK LIKE SUBSTANCE, A MED SIZE ROCK LIKE SUBSTANCE, ALL PACKAGE IN A MED CLEAR AND WHICH BAG. THESE SUBSTANCES FIELD TESTED POSITIVE FOR A COLOR REACTION TO COCAINE. THE DEFENDANT WAS PLACED UNDER ARREST AND TRANSPORTED TO THE SEVENTH DISTRICT. DRUGS DEF → MYERS → REBESH → MYERS → HS → PB.    COC MONEY DEF → MYERS → PB.

Events described above occurred in the District of Columbia.

Subscribed and sworn to before me this 9 day of February 1998

Eddie Morehead    1612        7D        Yvette Davis
Officer            Badge    District    Deputy Clerk

# Metropolitan Police Department — Incident-Based Event Report — Washington, D.C.

**TYPE OF REPORT:** Offense / Incident

**DATE AND TIME OF EVENT — Start:** 09 98 033 (Feb, day 3, hour 09:98, etc. — as marked)

**DATE OF REPORT / TIME OF REPORT:** ~9 0400

**DISTRICT/SECTOR/BEAT:** 70806710 (approx.)

**COMPLAINT NUMBER:** 70806710

**EVENT LOCATION ADDRESS:** 100 Blk of Sterling St SE

**REPORT RECEIVED BY:** On-scene / Radio run

**IS RADIO RUN LOCATION AND EVENT LOCATION THE SAME?** Yes

**PROPERTY TYPE:** Public

**EVENT NO. 1:** UCSA PWID Cocaine

**WEATHER CONDITIONS:** Clear

**SUSPECTED HATE CRIME?** None

**SECURITY SYSTEM:** Not applicable

**LOCATION TYPE:** Street/Highway/Road

**DESIGNATED AREAS:** Suspect's vehicle

## PART II - VICTIM INFORMATION

**NAME OF COMPLAINANT/VICTIM/MISSING PERSON NO. 1:** Society/Public

**RELATED TO EVENT NO(S):** 1

**VICTIM TYPE:** Society/Public

**STATUS:** Closed by arrest, attach PD-252

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| IS VICTIM #1 THE REPORTING PERSON? IF N ENTER THE NAME, ADDRESS, AND PHONE NUMBER OF THE REPORTING PERSON | | | Name: Address: | | | | Phone-Area Code: | | |
| Yes  No | | | | | | | | | |

| DID THE REPORTED EVENT OCCUR AS A RESULT OF AN INTRA-FAMILY MATTER? | WAS PD FORM 378A ISSUED? | IS CPO/TPO OUTSTANDING? | IF YES, ENTER CPO/TPO #: |
|---|---|---|---|
| Yes ☒ No | Yes  No | Yes  No  Unknown | |

**INJURIES** Use the following codes to describe injuries. (Mark all that apply)
- I = None Visible
- M = Apparent Minor Injury
- B = Apparent Broken Bones
- O = Other Major Injury
- I = Possible Internal Injury
- G = Gunshot
- L = Severe Laceration
- T = Loss of Teeth
- U = Unconscious

| INJURED | NUMBER | INJURY CODE | DESCRIBE INJURY | WHERE TAKEN | BY WHOM | DCFD AMB. | DCFD AMB. # | STATUS |
|---|---|---|---|---|---|---|---|---|
| Victim | | | | | | Yes | | Admitted |
| Suspect | | | | | | No | | Released |
| Victim | | 3  5 N M B | N/A | | | Yes | | Admitted |
| Suspect | 6  3  9 | | | | | No | | Released |
| Victim | | 3  5 N M B | | | | Yes | | Admitted |
| Suspect | 5  3  9 | | | | | No | | Released |
| Victim | | 3  5 N M B | | | | Yes | | Admitted |
| Suspect | 6  8  9 | | | | | No | | Released |

**PART III - PROPERTY**

Codes:
- S = Stolen
- E = Evidence
- R = Recovered
- F = Found
- I = Impounded
- V = Vehicle from which theft occurred
- D = Alleged drug type
- L = Lost
- P = Suspected proceeds of crime
- O = Other

a. Property Book & Page No. 549/137    b. Location of Property Book MD

| Code | Description of Item(s) | Serial Number/ Operation ID No. | Model No. | Color | Size | Quantity | Comp. Value | Age | MPDC Value |
|---|---|---|---|---|---|---|---|---|---|
| E | Clear plastic bag containing medium size white rock chunk | — | — | White | med | 1 | | | |
| E | Small red and black ziplocks containing white rock like substance | — | — | Blue + Red | small | 56 | | | |
| P | Assorted U.S Currency | — | — | Green | | | $346.00 | | $346.00 |

TOTAL VALUE  $346.00

**VEHICLE INFORMATION**   Vehicle operated/used by:  Victim  ☒ Suspect   Victim's vehicle taken by suspect

| Code | Year | Make | Model | Color | Body | Tag No./State/Year | VIN |
|---|---|---|---|---|---|---|---|
| O | 94 | Nissan | Altima | Green | 4dr | EFT-610 md 99 | 1N4BU31D0RC130510 |

**PART IV - SUSPECT/MISSING PERSON INFORMATION** (Use narrative if additional space is needed.)

#1
| ☒ Suspect / Missing | a. Race: Asian / White / ☒ Black / Latino/Hispanic / Unknown / Other | b. Sex: ☒ Male / Female / Unknown | c. Exact Age or Range: 19 | d. Height: 5'7 | e. Weight: 1 | f. Eyes: Bro | g. Hair: Blk |
|---|---|---|---|---|---|---|---|
| h. Complexion: Med | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants: Green | o. Blouse/Shirt: Blue | p. Perpetrator Suspected of Using: Alcohol / Drugs / Computer / N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| Handgun / Shotgun / Other / Revolver / Semi-automatic firearm / Rifle / Automatic | Cutting instrument / Blunt object / Motor vehicle / Hands/Feet/Teeth / None / Unknown / Other (specify) | | | | |

#2
| Suspect / Missing | a. Race: Asian / White / Black / Latino/Hispanic / Unknown / Other | b. Sex: Male / Female / Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: Alcohol / Drugs / Computer / N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| Handgun / Shotgun / Other / Revolver / Semi-automatic firearm / Rifle / Automatic | Cutting instrument / Blunt object / Motor vehicle / Hands/Feet/Teeth / None / Unknown / Other (specify) | | | | |

#3
| Suspect / Missing | a. Race: Asian / White / Black / Latino/Hispanic / Unknown / Other | b. Sex: Male / Female / Unknown | c. Exact Age or Range | d. Height | e. Weight | f. Eyes | g. Hair |
|---|---|---|---|---|---|---|---|
| h. Complexion | i. Scars | j. Mustache | k. Facial Hair | l. Hat | m. Coat/Jacket | n. Pants | o. Blouse/Shirt | p. Perpetrator Suspected of Using: Alcohol / Drugs / Computer / N/A |

q. Weapons Used in Offense (Mark all that apply)

| Firearm | Other | Color | Make | Model | Caliber |
|---|---|---|---|---|---|
| Handgun / Shotgun / Other / Revolver / Semi-automatic firearm / Rifle / Automatic | Cutting instrument / Blunt object / Motor vehicle / Hands/Feet/Teeth / None / Unknown / Other (specify) | | | | |

*Value of vehicles to be entered by Information Processing section

067-153

| | | | | |
|---|---|---|---|---|
| PROBABLE CAUSE OF ABSENCE AND DESTINATION | | | | COMPLAINT NUMBER |
| IF MISSING PERSON HAS RUN AWAY BEFORE, GIVE DATE AND WHERE LOCATED: | CLASSIFICATION<br>Critical<br>Non-critical | CLASSIFIED BY: | | |
| PHYSICAL/MENTAL CONDITION (i.e., diabetic) | DESCRIBE ARTICLES OF JEWELRY WORN AND IDENTIFICATION CARRIED | NAME OF PARENT/GUARDIAN | | |
| ADDRESS OF PARENT/GUARDIAN | IF JUVENILE, ENTER MOTHER'S MAIDEN NAME | MISSING PERSON SECTION NOTIFIED (Name) | | |

**NARRATIVE** Describe event and action taken. If additional narrative space is needed, use PD Form 251-A.

Item Number Continued

As a result of a traffic stop of the listed vehicle, the listed narcotics were seized from S-1's person along with the listed currency. A portion of the narcotics were field tested positive with a color reaction for cocaine.

Narcotics and currency are listed on 7D Evidence book #599 pg 127.

Approximate weight of cocaine is 18 grams.

| EVIDENCE TECHNICIAN/CSES # | NAME OF INVESTIGATOR NOTIFIED | TELETYPE NOTIFIED (Name) | NOTIFICATION ALSO REQUIRED WHENEVER MISSING PERSON LOCATED | TELETYPE # |
|---|---|---|---|---|
| SSO M. Bryant | | | | |

REPORTING OFFICER'S SIGNATURE: Eddie Woodard  ELEMENT: 7D
OTHER POLICE AGENCY (Indicate if report prepared by officer other than MPD)
SECOND OFFICER'S NAME: MPO C. West  ELEMENT: 7D
SIGNATURE OF SUPERVISOR

PAGE 3

PD 252 Rev. 10/86   Metropolitan Police Department   SUPPLEMENT REPORT   Washington, D.C.

| | |
|---|---|
| ☐ Classification Change | ☒ Additional Information |

**1. DISTRICT:** 7D
**2. BEAT:** 708
**4. ORIGINAL CLASSIFICAT.:** UCSA PWID Cocaine
**5. COMPLAINT NUMBER:** 067-167
**7. REPORT ELEM:** 7D
**DATE AND TIME OF EVENT:** 2-9-98 0330
**10. DATE AND TIME OF ORIG. RPT:** 2-9-98 0400
**14. DESCRIBE LOCATION:** 100 Blk of Sterling St SE — street
**12. PROPERTY TYPE:** ☒ PUBLIC  ☐ PRIVATE

**18. COMPLAINANT:** A — Society/Public

**Missing/Suspect:** See Item #22

**SOLVABILITY FACTORS:** See Item #22

### NARRATIVE:

Case closed with the arrest of:
1) Jackson, Adrain D., Black Male, D.O.B 7-11-78
2) 3351 Brothers Pl SE
3) SSN# 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
4) Arrest# 079800937
5) Charged with PWID Cocaine

**STATUS:** ☒ CLOSED

**27. INVESTIGATIVE OFFICER'S RECOMMENDATION:** ☒ SUSPEND
**28. SUPERVISOR'S RECOMMENDATION:** ☐ SUSPEND  ☐ INVESTIGATE FURTHER

**REPORTING MEMBER'S SIGNATURE / BADGE/ELEM:** 1612 7D
**31. SUPERVISOR'S SIGNATURE / BADGE/ELEM:** MPD 3564 7D

87P7575   PAGE 1 OF 1 PAGES

**U.S. Department of Justice**
Drug Enforcement Administration

Read Instructions on Reverse before completing.

## REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED

| 1. HOW OBTAINED (Check) | | | 2a. FILE NO. | 2b. PROGRAM CODE | 3. G-DEP ID |
|---|---|---|---|---|---|
| ☐ Purchase  ☒ Seizure  ☐ Free Sample | | | OC7-16.2 | Felony | F |
| ☐ Lab. Seizure  ☐ Money Flashed  ☐ Compliance Sample (Non-Criminal) | | | | | |
| ☐ Internal Body Carry  ☐ Other (Specify) | | | | | |

| 4a. WHERE OBTAINED (City, State/Country) | 4b. DATE OBTAINED | 5. FILE TITLE |
|---|---|---|
| Wash DC | 2-9-98 | Jackson, Adrian |

| 6a. REFERRING AGENCY (Name) | 6b. REFERRAL ☒ Case No. OR ☐ Seizure No.  No. 079802437 | 7. DATE PREPARED 2-9-98 | 8. GROUP NO. |
|---|---|---|---|
| MPDC 7D | | | |

| 9. Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | | Crack Cocaine | white rock like substance | 5g | 5g | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG? ☒ NO (included above)  ☐ YES

REMARKS: On 2-9-98 the File Title was found to be in possession of the above listed illegal narcotics. Seized were 56 small Red and Blue ziplocks containing white rock like substance and 1 clear plastic bag containing a medium size chunk of a white rock like substance. A portion of each was field tested with a positive color reading for cocaine. Narcotic listed on 7D evidence book 599/1c?

17. SUBMITTED BY SPECIAL AGENT (Signature)
18. APPROVED BY (Signature & Title)

### LABORATORY EVIDENCE RECEIPT REPORT

| 19. NO. PACKAGES | 20. RECEIVED FROM (Signature & Date) | 21. Print or Type NAME and TITLE |
|---|---|---|
| 22. SEAL ☐ Broken ☐ Unbroken | 23. RECEIVED BY (Signature & Date) | 24. Print or Type NAME and TITLE |

### LABORATORY REPORT

25. ANALYSIS SUMMARY AND REMARKS

```
EXH.    AMT REC'D    ANALYSIS SUMMARY
1.01    5.6g         56 plastic ziplock bags (24 red, 32 black) with a white rocky substance
                     found to contain cocaine base.
1.02    5.1g         1 clear plastic bag with a white rocky substance found to contain
                     cocaine base
```

| 26. Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1.01 | 11-891 | cocaine base | 84 | % | | 4.7g | 5.2g |
| 1.02 | 11-891 | cocaine base | 88 | % | | 4.4g | 4.7g |

| 34. ANALYST (Signature)  Matthew W. Sider | 35. TITLE  Forensic Chemist | 36. DATE COMPLETED  4/6/98 |
|---|---|---|
| 37. APPROVED BY (Signature & Date)  Paul De Zan | 38. TITLE  Laboratory Director | 39. LAB. LOCATION  Washington, D.C. |

DEA Form - 7 (Sept. 1995)    Previous edition dated 4/90 may be used until stock is exhausted.    5 – Receipt Copy