UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V. | : | Criminal No.: 05-CR-00386-4(ESH) |
| | : | |
| | : | |
| **ADRIAN JACKSON** | : | |

### MOTION TO ADOPT AND CONFORM WITH CO-DEFENDANTS' MOTION TO DEFENDANT JONES' OMNIBUS PRE-TRIAL MOTION

The Defendant, Adrian Jackson, by and through his counsel, Jon W. Norris, moves this Court to allow him to adopt sections two through five of the Omnibus Pre-Trial motion filed on behalf of other co-defendants. In support of said request Mr. Jackson states that said motions:

1. Assert grounds for relief that Mr. Jackson has standing to raise.

2. Do not seek relief inconsistent with relief already sought in motions filed by Mr. Jackson.

3. Mr. Jackson maintains that the granting of this Motion will conserve judicial resources considerably by limiting the filing of duplicative motions by Mr. Jackson.

WHEREFORE, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Jackson's Motion to Adopt and Conform with sections two through five of the Co-Defendants' Omnibus Pre-Trial Motion filed with the court to date.

Respectfully Submitted,

                                                _____
Jon W. Norris (Bar # 426105)
LAW OFFICES OF JON NORRIS
641 Indiana Avenue, NW
2nd Floor
Washington D.C., 20004
(202) 842-2695