UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| V. | : | Criminal No.: 05-CR-00386-4(ESH) |
| | : | |
| | : | |
| ADRIAN JACKSON | : | |

## MOTION TO ADOPT AND CONFORM WITH CO-DEFENDANTS' MOTION TO SUPPRESS EVIDENCE OBTAINED FROM INTERCEPTION OF WIRE COMMINICATIONS AND SEIZURE OF ELECTRONIC COMMUNICATIONS

The Defendant, Adrian Jackson, by and through his counsel, Jon W. Norris, moves this Court to allow him to adopt and conform to co-defendant Jones' motion to suppress evidence obtained from interception of wire communications and seizure of electronic communications. Jackson states that said motion:

1. Asserts grounds for relief that Mr. Jackson has standing to raise.

2. Does not seek relief inconsistent with relief already sought in motions filed by Mr. Jackson.

3. Mr. Jackson maintains that the granting of this Motion will conserve judicial resources considerably by limiting the filing of duplicative motions by Mr. Jackson.

WHEREFORE, for the reasons stated herein Counsel respectfully requests that this Court grant Mr. Jackson's Motion to Adopt and Conform with co-defendant Jones' motion to suppress evidence obtained from interception of wire communications and seizure of electronic communications filed with the court to date.

Respectfully Submitted,

_____
Jon W. Norris (Bar # 426105)
LAW OFFICES OF JON NORRIS
641 Indiana Avenue, NW
2nd Floor
Washington D.C., 20004
(202) 842-2695