UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V. | : | Criminal No.: 05-CR-00386-4(ESH) |
| | : | |
| | : | |
| **ADRIAN JACKSON** | : | |

## MOTION TO ADOPT AND CONFORM WITH CO-DEFENDANTS' OPPOSITION TO GOVERNMENT MOTION

The Defendant, Adrian Jackson, by and through his counsel, Jon W. Norris, moves this Court for leave to adopt the relevant arguments stated in Defendant Holland's Opposition to Government's Motion to Admit Evidence of Other Crimes Pursuant to Federal Rule of Evidence 404(b) and to Use Prior Convictions for Impeachment Pursuant to Federal Rule of Evidence 609.  In support of said request Mr. Jackson states that said motion:

1. Asserts grounds for relief that Mr. Jackson has standing to raise.

2. Do not seek relief inconsistent with relief already sought in motions filed by Mr. Jackson.

3. Mr. Jackson maintains that the granting of this Motion will conserve judicial resources considerably by limiting the filing of duplicative motions by Mr. Jackson.

WHEREFORE, for the reasons stated above, and for all other reasons that might become apparent to the Court, Mr. Jackson respectfully moves this Court grant Mr. Jackson leave to adopt Defendant Holland's Opposition.

Respectfully Submitted,

_____

Jon W. Norris (Bar # 426105)
LAW OFFICES OF JON NORRIS
641 Indiana Avenue, NW
2nd Floor
Washington D.C., 20004
(202) 842-2695