UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No. 05-0386 (ESH) |
| v. | |
| Adrian Jackson, | |
| Defendant. | |

**NOTICE OF APPLICABILITY OF ENHANCED PENALTIES
AND INFORMATION CONCERNING DEFENDANT'S PRIOR CONVICTIONS**

Pursuant to Title 21, United States Code, Section 851(a)(1), the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court that the defendant, Adrian Jackson, has been convicted of the following offense: possession with the intent to distribute cocaine in case number F1011-98(B) in the Superior Court of the District of Columbia.

The United States further informs the Court that the existence of any prior conviction for a felony drug offense as defined by Title 21, United States Code, Section 802(44), may subject the defendant to enhanced penalties under Title 21, United States Code, Sections 846 and 841(b)(1)(A).

The existence of one prior qualifying drug conviction subjects the defendant to a sentence of not less than 20 years imprisonment nor more than life under count one of the pending indictment.

                                Respectfully submitted,

                                Jeffrey A. Taylor
                                UNITED STATES ATTORNEY


                                _____
                                John V. Geise
                                ASSISTANT UNITED STATES ATTORNEY
                                 D.C. Bar No. 358-267
                                U.S. Attorney's Office
                                Organized Crime & Narcotics Trafficking Section
                                555 4th Street, N.W.,
                                Washington, DC 20530
                                (202) 616-9156   FAX:  (202) 353-9414
                                John.Geise@usdoj.gov