## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### JUDGE ELLEN SEGAL HUVELLE

CASE No. 05-386

UNITED STATES OF AMERICA,

vs.

### ANTOINE JONES
### ADRIAN JACKSON
### MICHAEL HUGGINS
### KEVIN HOLLAND and
### KIRK CARTER

*DEFENDANTS*

## <u>WRITTEN VOIR DIRE</u>

**TO THE PROSPECTIVE JUROR:**

You have been selected as a prospective juror in the case of <u>United States of America v. Antoine Jones, Adrian Jackson, Michael Huggins, Kevin Holland, and Kirk Carter</u>. Those selected as members of the jury will live at home and have their evenings and weekends free to themselves. Your contact with other people will not be restricted, although you will, of course, not be permitted to talk about the case with anyone, or read, listen to, or watch any press coverage the case might receive.

The information which you give in your answers to this questionnaire will be used only by the Court and the parties to select a qualified jury. The purpose of this questionnaire is to save time and avoid jurors having to sit and wait before they answer these or similar questions in person. After a jury has been selected, all copies of your response to this questionnaire will be returned to the Clerk of the Court and kept in confidence, under seal, not accessible to the public or the media. The

attorneys are under orders to maintain the confidentiality of any information they learn in the course of reviewing this questionnaire.

Each of the defendants has been charged by the United States with violating certain federal laws between 2003 and 2005. The government alleges that the defendants belonged to an organization in which they agreed to work together to possess and distribute drugs. Each defendant denies each charge and maintains his innocence. A more detailed description of the charges will be given at the beginning of the trial. The trial is expected to last until approximately the second week in January 2007. The Court will not sit: the day after Thanksgiving; December 12 -15; and December 21 through January 3, 2007. This questionnaire is being distributed to you to assist the Court in selecting a jury to hear this case and for determining your availability to serve as a juror.

The only purpose of this questionnaire is to encourage your full expression and candor so that all parties have a meaningful opportunity to select a fair and impartial jury to try the issues of this case. Your full written answers will save all the parties, the Court, and yourself, a great deal of time. Please do not discuss with anyone any question or answer you give on this questionnaire. You are expected to sign the questionnaire, using only your juror number, your answers will have the effect of a statement under oath. Your answers to these questions will only be used in court.

Please answer each question below as completely and accurately as you reasonably can. Do keep in mind that there are no "right" or "wrong" answers, only complete and incomplete answers. Please fill out the entire questionnaire. Do not leave any questions blank. If a question does not apply to you in any way, write "N/A" rather than leaving the form blank. If you cannot answer a question because you do not understand it, write "Do not understand" in the space after the question. If you cannot answer a question because you do not know the answer, write "Do not know" in the

space after the question.  If you need extra space to answer any question, please use the extra blank sheets of paper included at the end of the questionnaire.  Be sure to indicate on the blank page the number of the question you are answering.  Please write or print legibly using a black or blue pen. If your answers are illegible, you may be required to re-copy your answers.  Do not write anything on the back of any page.  **Please write your Juror number at the top of each page**.

When the jury selection process begins in court, you may be asked some follow-up questions based on one or more of your answers to the questionnaire.  Please understand that if there is any personal or confidential information that you wish to discuss privately with the Court and counsel, you will have an opportunity to do so in the oral questioning once the selection process begins.

In addition, now that you are a prospective juror, you MUST follow the instructions listed below until you have been excused from further service in this case.

> **DO NOT** read anything whatsoever about this case. Please avoid any newspaper accounts that may relate to this case including articles relating to crime in the District of Columbia.

> **DO NOT** read or listen to any news accounts whether in a newspaper, on the television, or on the radio concerning this case or about any of the defendants, Antoine Jones, Adrian Jackson, Michael Huggins, Kevin Holland, and Kirk Carter.

> **DO NOT** at any time discuss this case with anyone, including your friends, family members, or other members of this jury panel.

> **DO NOT** let anyone, including friends, family members, court personnel, parties in this case, or persons involved in the case, talk to your about your views or any aspect of this case except officially in the courtroom.

Thank you for your cooperation with these instructions and for your careful and honest responses to the questionnaire. Your forthright and full cooperation is of vital importance to the Court and the parties.

_____

ELLEN S. HUVELLE
United States District Judge

Juror No.:_____

## I. PRELIMINARY MATTERS

1.      The trial in this case may last until the second week of January 2007.  The jury will
        generally sit Monday through Friday from 9:30 a.m. to 5:00 p.m.  If selected as a juror is
        there any  reason why you would be unable to serve?  If yes, please explain:

        _____
        _____
        _____

2.      Do you have any medical condition that would make it difficult for you to serve as a juror?

        _____ Yes      _____ No

        If yes, please explain:_____
        _____
        _____

3.      Are you currently taking any medication on a regular basis which would interfere with your
        ability to serve as a juror in this case?  If yes, please explain and state the name of the
        medication.

        _____
        _____

4.      Does any member of your household have any chronic or major health problem(s) that
        would interfere with your service as a juror?  If yes, please explain.

        _____
        _____

5.      Prior to today, have you asked to be excused from this jury panel?   If yes, on what basis?

        _____
        _____

6.      What is the condition of your hearing?
        ____    No problems at all
        ____    Have difficulty hearing
        ____    Have problems, but they are corrected with a hearing aid.

7.      What is the condition of your eyesight?
        ____    No problems at all
        ____    Have difficulty seeing
        ____    Have problems, but they are corrected by glasses or contact lenses.

1

Juror No.:_____

8.      Do you read, speak and understand English?
        _____   Yes
        _____   With difficulty
        _____   No

9.      Do you have any moral, religious, or ethical beliefs that prevent you from sitting in judgment of another person?  If yes, please explain.
        _____
        _____


## II.      BACKGROUND

10.     What is your age and date of birth?_____dob:_____

11.     Place of Birth: _____
                        (City)              (State)              (Country)

12.     What is your gender and race or ethnic background?

        _____  Asian                   _____  Male
        _____  Black/African-American  _____  Female
        _____  Hispanic/Latino
        _____  Native American
        _____  White/Caucasian
        _____  Other  _____
                (please specify)

13.     What is your current marital status? (Check all that apply.)

        _____ Single                    _____ Divorced
        _____ Married ___ years         _____ Divorced and remarried
        _____ Living with someone       _____ Widowed
        _____ Separated


## III. RESIDENCE

2

Juror No.:_____

14.    How long have you lived at your current address? _____

15.    What ward of the city do you live in? _____

16.    What is your neighborhood called?    (e.g. Shaw, Adams Morgan, Georgetown)
_____

17.    How long have you lived in Washington?_____

18.    Which of the following best describes your type of residence?

_____Own home                    _____ Rental apartment
_____Own apartment/condo         _____ Live with relative or friend
_____Rental house                _____ Other (please specify): _____

19.    In what other cities, towns, or areas have you maintained your residence and when did you live there?  (Please note if these places are in another state or country.)
_____
_____
_____

20.    How many people live in your household? _____

21.    If persons other than your spouse and children live with you, please describe the relationship to you, if any:_____
_____

**IV. EDUCATION**

3

Juror No.:_____

22.    Please check the level of education for you and your spouse or significant other.

|  |  |  | You | Spouse/Signif Other |
|---|---|---|---|---|
| _____ | (a) | Grade school or less | _____ | _____ |
|  | (b) | Some high school | _____ | _____ |
|  | (c) | High school graduate | _____ | _____ |
|  | (d) | Technical or business school | _____ | _____ |
|  | (e) | Some college | _____ | _____ |
|  | (f) | College degree | _____ | _____ |
|  | (g) | Graduate degree | _____ | _____ |

23.    If you attended high school in Washington, D.C., what high school(s) did you attend?
_____
_____

24.    If you attended college or graduate school anywhere, what college(s) or school(s) did you attend, what did you study, and what degree or certificate did you receive?

| College or School | Area of Study | Degree or Certificate |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

25.    Do you plan to attend school in the future?  If yes, what do you plan to study?
_____

26.    Describe any special training or skills that you have.
_____
_____
_____

27.    Are you attending school now?

_____ Yes        _____ No

28.    Have you, any members of your family, or any close friends ever attended law school, taken paralegal course work, participated in a clinical program involving criminal law issues, or received any other type of legal training?  If yes, please describe.

4

Juror No.:_____

_____
_____
_____

## V. EMPLOYMENT

29.    What is your occupational status?  (Check all that apply.)

_____ Work full-time outside the home          _____ Student
_____ Work part-time outside the home          _____ Retired
_____ Full-time homemaker                      _____ Disabled
_____ Homemaker with part-time employment      _____ Other: _____
_____ Unemployed                               _____

30.    Without giving your place of employment, please state your current occupation.
_____

31.    Check  the following category that best describes your employer :

_____ Federal government agency       _____ Private, for-profit organization
_____ State government agency         _____ Private, not-for-profit organization
_____ County government agency        _____ Self employed
_____ City government agency          _____ Other: _____

32.    Describe what you do:  _____
_____

33.    List your previous three jobs, beginning with the most recent.

   Type of Employment           Position      Dates           Reason for
Leaving

   a._____

   b._____

   c._____

34.    What is your spouse/partner's occupational status?  (Check all that apply.)
_____ Work full-time outside the home          _____ Student
_____ Work part-time outside the home          _____ Retired

5

Juror No.:_____

_____ Full-time homemaker _____ Disabled
_____ Homemaker with part-time employment _____ Other: _____
_____ Unemployed _____

35. Check the following category that best describes your spouse/partner's employer :

_____ Federal government agency _____ Private, for profit organization
_____ State government agency _____ Private, not-for-profit organization
_____ County government agency _____ Self employed
_____ City government agency _____ Other: _____

36. Without giving the place of employment, what is your spouse/partner's current occupation/job title?
_____

37. Please describe the nature of his/her job: _____
_____

38. What kind of work did he/she do in the past? _____
_____
_____
_____

39. Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any local, state, or federal law enforcement or private security agency, including, but not limited to, the following (check as many as apply for each category):

6

Juror No.:_____

| | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| F.B.I. | ____ | ____ | ____ | _____ |
| U.S. Attorney | ____ | ____ | ____ | _____ |
| District Attorney or Assistant District Attorney | ____ | ____ | ____ | _____ |
| Internal Revenue Service | ____ | ____ | ____ | _____ |
| Drug Enforcement Administration | ____ | ____ | ____ | _____ |
| Central Intelligence Agency | ____ | ____ | ____ | _____ |
| National Security Agency | ____ | ____ | ____ | _____ |
| Department of Justice | ____ | ____ | ____ | _____ |
| Military Police | ____ | ____ | ____ | _____ |
| Correctional Officer | ____ | ____ | ____ | _____ |
| Bureau of Prisons | ____ | ____ | ____ | _____ |
| Parole or Probation Office | ____ | ____ | ____ | _____ |
| State Trooper | ____ | ____ | ____ | _____ |
| Any Police Department | ____ | ____ | ____ | _____ |
| Sheriff's Department | ____ | ____ | ____ | _____ |
| U.S. Marshals Service | ____ | ____ | ____ | _____ |
| U.S. Secret Service | ____ | ____ | ____ | _____ |
| U.S. Customs Service | ____ | ____ | ____ | _____ |
| D.C. Jail/ Other Penal Institution | ____ | ____ | ____ | _____ |
| Federal Protection Service | ____ | ____ | ____ | _____ |
| Bureau of Alcohol, Tobacco, and Firearms | ____ | ____ | ____ | _____ |
| Investigator or volunteer for a prosecutor | ____ | ____ | ____ | _____ |
| Investigator or volunteer for any law enforcement agency | ____ | ____ | ____ | _____ |
| District of Columbia Office of the Attorney General | ____ | ____ | ____ | _____ |
| Other law enforcement or private security agency | ____ | ____ | ____ | _____ |

If you checked any category above, state whether your experience affected your view of law enforcement and, if so, please explain:

_____

_____

_____

7

Juror No.:_____

40.    Have you, any members of your family, or any close friends ever been employed by, or made any application for employment with, any organization or firm involved in criminal defense work, including, but not limited to (check as many as apply for each category):

|  | Self | Family Member | Close Friend | Position |
|---|---|---|---|---|
| Criminal defense law firm | ____ | ____ | ____ | _____ |
| Public Defender Office | ____ | ____ | ____ | _____ |
| Paralegal for defense attorney in a law firm or public defender | ____ | ____ | ____ | _____ |
| Investigator/intern/law clerk for defense attorney in a law firm or public defender | _____ | ____ | _____ | _____ |
| Any non-profit organization involving criminal law issues | ____ | ____ | ____ | _____ |
| Other criminal defense organization not listed above | ____ | ____ | ____ | _____ |
| Any court system | ____ | ____ | ____ | _____ |

If you checked any category above, state whether your experience affected your view of the criminal justice system and, if so, please explain:

_____
_____
_____

## VI. LAW ENFORCEMENT OR LEGAL CONTACTS

41.    Do you or a close friend or family member belong to any group or organization that is active in political, law enforcement, crime victim prevention or rehabilitative matters? (i.e. Mothers Against Drunk Driving, the American Civil Liberties Union, Alcoholics Anonymous, Narcotics Anonymous, Fraternal Order of Police, Crimewatch, Crime

8

Juror No.:_____

Stoppers, Orange Hats, Parents Against Minimum Mandatory Sentences, crime victim or related groups, etc.)

_____Yes    _____No

If yes, please describe.

_____
_____

42.    Have you, any member of your family, or any close personal friend had any experiences (good or bad,  i.e. filing complaints, writing letter of commendation, lawsuits ) with any law enforcement agency or the government that would cause you to <u>favor or disfavor</u> the government or law enforcement?  If yes, please explain.

_____
_____
_____

43.    Have you, a member of your family or a close friend ever had a good or unpleasant experience with a lawyer (civil lawyer, prosecutor, criminal defense attorney or other members of the bar) that would cause you to favor or disfavor the defense?  If yes, please explain your answer.

_____
_____
_____

44.    Would you give law enforcement officers (MPD, FBI, DEA agents, *etc*.) who testify as witnesses in this case more credibility, less credibility, or the same credibility as any other witness?

_____    More credibility
_____    Less credibility
_____    Same credibility

Please explain:  _____
_____
_____

45.    Have you, any members of your family, or any close friends ever:

|  |  | Self | Family Member | Close Friend |
|---|---|---|---|---|
| (a) | Been accused of a crime? | _____ | _____ | _____ |
| (b) | Been arrested and/or convicted of a crime? | _____ | _____ | _____ |
| (c) | Been a victim of crime? | _____ | _____ | _____ |

9

Juror No.:_____

(d)    Been a witness to crime?          _____        _____          _____
(e)    Testified in court or before a
       grand jury as a witness to a crime?    _____        _____          _____

## VII.  DRUGS AND DRUG USE

46.    Have you, your spouse/partner, any other family member or close personal friend, ever been an employee or a volunteer with any type of drug or alcohol treatment program?

       _____ Yes    _____ No

       If yes, please explain: _____
       _____
       _____

47.    Do you or any member of your immediate family or close personal friend belong to any church, group or other organization that is actively working to stop the sale or use of illegal drugs?

       _____ Yes    _____ No

       If yes, please explain: _____
       _____
       _____

48.    Have you, your spouse/partner, any other family member or close personal friend, ever been an inpatient, out-patient or received any other type of counseling or treatment from any type of drug or alcohol rehabilitation program, including Alcoholic Anonymous, Narcotic Anonymous, etc.?

       _____ Yes    _____ No

       If yes, please explain: _____
       _____
       _____

49.    How serious a problem is the sale and use of illegal drugs in your neighborhood?  Would you say very serious, somewhat serious, or not serious at all? (Check one):

       ___ Very serious
       ___ Somewhat serious
       ___ Not at all serious

10

Juror No.:_____

Please explain: _____
_____

50.    Do you have any opinion as to whether certain drugs that are now illegal should be legalized?  If yes, please explain.

_____
_____
_____

51.    As a result of any personal, family, or other experience, or any religious or moral belief or conviction, have you formed any opinion about persons who traffic in illegal drugs or narcotics that would affect your ability to sit as a fair and impartial juror?

_____ Yes        _____ No        _____ Not sure

Please explain.

_____
_____

## VIII. JURY SERVICE AND THE LAW

52.    Have you ever served on a jury in a criminal case?      _____Yes    _____No

If yes, please answer the following questions:

a.    If you have been a juror in the past, please provide the following information.

| Year | Charges or Type of Case | Verdict Reached (Yes or No) |
|------|------------------------|------------------------------|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

b.    Was there anything about that experience that left you disappointed or dissatisfied with our criminal justice system?      ____ Yes        ____ No

Please explain: _____
_____

11

Juror No.:_____

53.     Have you ever served on a grand jury?

_____ Yes     _____ No

If yes, please state when, where and for how long you served on a grand jury:

_____
_____
_____

54.     When you feel you are correct, will you still listen to the arguments of others who do not agree with you?

_____ Yes     _____ No

If yes, are you sometimes persuaded to change your position?

_____ Yes     _____ No

## IX. PUBLICITY AND DISCUSSION

55.     Have you read, heard, or overheard anything concerning this case in the news media? Please explain.

_____
_____

56.     Some of the events to be described during the trial are alleged to have occurred at the following locations.  Please place a check mark next to each location to which you, a member of your family, or close personal friend have a significant connection.

_____     5119 Barto Avenue, Suitland,  Maryland

12

Juror No.:_____

_____   10441 Crescent Park Way, Waldorf, Maryland

_____   5703 Gloria Drive, Suitland, Maryland

_____   9156 Piscataway Road, Clinton, Maryland

_____    9508 Potomac Drive, Fort Washington, Maryland

_____   2504 Pomeroy Road SE, Washington, D.C.

_____   Club Levels, 10870 Moore Street, Washington, D.C.

## X. ALLEGATIONS and TRIAL PROCEDURE

57.   This case involves alleged violations of conspiracy, narcotics, and firearms laws.  Is there anything about the nature of these charges that make you feel it would not be possible for you to be an impartial and fair juror?

_____ Yes       _____ No       _____ Not Sure

Please explain:_____
_____
_____

58.   Do you agree or disagree with the Government's use of undercover informants to investigate
illegal drug distribution in and around the District of Columbia?     (Circle one answer)

Strongly Agree       Agree       Disagree       Strongly Disagree       No Opinion

59.   Do you agree or disagree with the Government's use of electronic surveillance such as telephone "wiretaps", and body bugs to record the conversations of people alleged to be involved in illegal drug distribution in the District of Columbia?

Strongly Agree       Agree       Disagree       Strongly Disagree       No Opinion

60.   Do you have any opinions about the government's use of witnesses who allegedly participated in some of the crimes charged in this indictment and who have entered into plea agreements with the government in exchange for their cooperation?

_____ Yes       _____ No       _____ Not Sure

13

Juror No.:_____

Please explain:_____

_____

_____

_____

61.     Have you, any family members, or friends ever received any training in the use of electronic surveillance technology ("wiretaps", "bodybugs", etc.)?

_____ Yes      _____ No

IF yes, Please explain.     _____

_____

62.     During the course of this trial, you will hear testimony about a substantial amount of trafficking in narcotics.  Will the testimony about a substantial amount of narcotics affect your ability to sit as a fair and impartial juror in this case.

_____ Yes      _____ No      _____ Not Sure

Please explain:  _____

_____

63.     If chosen as a juror would you be able to decide the case solely on the evidence and law as the Court has instructed you to do, without regard to sympathy, bias, or prejudice?

_____ Yes      _____ No      _____ Not Sure

Please explain:  _____

_____

64.     Even though five (5) men are being tried together in this case, you will be instructed that you must consider the evidence offered against them on an individual basis.  That means that each one of these men, Antoine Jones, Adrian Jackson, Michael Huggins, Kevin Holland, and Kirk Carter, is entitled to have the charges against them considered by you as if each man were having a separate trial.  Do you believe you will have difficulty considering the evidence against each defendant individually?

14

Juror No.:_____

_____ Yes        _____ No        _____ Not Sure

## XI. SOCIOLOGICAL CONSIDERATIONS

65.   Have you had any experience, positive or negative, involving a person whose race, gender, nationality or religion is different than yours, which may affect your ability to be a fair and impartial juror in this case?  If yes, please explain:

_____

_____

## XII.  GUN CONSIDERATIONS

66.   Have you or any member of your family ever belonged to any kind of anti-gun or pro-gun club or organization, such as the National Rifle Association (NRA)?

_____Yes  _____No

If yes, please explain.

_____

_____

67.   Do you have any feelings about gun control?

_____Yes  _____ No

Please explain.

_____

_____

_____

68.   Do you or any members of your immediate family have strong opinions or beliefs against the use and possession of handguns and ammunition?

_____Yes  _____ No

If yes, please explain.

_____

15

Juror No.:_____

_____

_____

### XIII. MENTAL HEALTH ISSUES and OPINIONS

69.     Have you, for any reason, sought, or has it been recommenced that you seek counseling, treatment or consultation with any mental health professionals?

        Yes ____                No ____

        If yes, please explain:_____

_____

70.     Have you ever received in-patient treatment for any type of mental or psychiatric condition or as treatment for alcoholism or drug abuse?

        Yes ____                No _____

        If yes, please describe:_____

71.     Do you now take any prescription drug or other medication to alleviate the symptoms of any type of nervous, behavioral or mental health condition?

        Yes _____              No _____

        If yes, please describe:_____

_____

### XIV.  CONTACT WITH PARTIES AND WITNESSES

72.     The five defendants at trial are:

        Antoine Jones
        Adrian Jackson
        Michael Huggins

16

Juror No.:_____

Kevin Holland
Kirk Carter

Do you know or have you had contact with any of the individuals named as a defendant?
If yes, please explain: _____

_____

73.     In this case, the government will be represented by two (2) Assistant United States
        Attorneys.  They work at 555 4th Street, NW, Washington, D.C., 20001.  Do you know or
        have you had contact with either of the individuals named below?

                Assistant United States Attorney Rachel Carlson Lieber
                Assistant United States Attorney John V. Geise

        If yes, please explain.

        _____
        _____
        _____

17

Juror No.:_____

74.    The five defendants in this case are represented by individual lawyers.  Do you know or
       have you ever had any contact, whether social or professional, with any of the following
       attorneys (Please circle name):

       Eduardo Balarezo, Esq.              400 5th Street N.W.
        (Defendant Antoine Jones)          Washington, DC

       Jon Norris, Esq.                    641 Indiana Avenue N.W.
       (Defendant Adrian Jackson)          Washington, DC

       Rudy Acree, Esq.                    1211 Connecticut Avenue, N.W.
        (Defendant Michael Huggins)        Washington, DC

       Brian K. McDaniel, Esq.             1211 Connecticut Avenue, N.W.
        (Defendant Kevin Holland)          Washington, DC

       Charles Daum, Esq.                  736 5th Street N.E.
        (Defendant Kirk Carter)            Washington, DC

       If yes, please indicate the period of time that you have known that person and the
       circumstances under which you know that person, e.g., socially, professionally, friend,
       acquaintance, etc.

       _____
       _____
       _____

75.    Do you personally, or does any immediate family, or close friend, know or have any past
       or present connection (personal, business, or social) with Judge Ellen S. Huvelle?

              (    ) Yes              (    ) No

18

Juror No.:_____

## XV.  CONCLUSION

76.    Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in this case?

_____Yes  _____No  _____ Maybe

Please explain:_____
_____
_____
_____

Please explain:_____
_____
_____

19

Juror No.:_____

**SIGNATURE**

      I, Juror No. _____, hereby declare under penalty of perjury that the foregoing answers set forth in this juror questionnaire are true and correct to the best of my knowledge and belief.  I have not discussed my answers with others, or received assistance in completing the questionnaire.  I have answered all of the above questions in this jury questionnaire myself.

      Executed in the District of Columbia, this _____ day of October, 2006.


_____
JUROR NUMBER

20

Juror No.:_____

PLEASE USE THESE PAGES TO CONTINUE ANY OF YOUR ANSWERS TO THE ABOVE

QUESTIONS.  **BE SURE TO INDICATE THE NUMBER OF THE QUESTION YOU ARE**

**ANSWERING:**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No.:_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Juror No.:_____

## POSSIBLE WITNESSES

Set forth below is a list of people who will either be witnesses in this case or will be discussed during trial.  Please review the list of names and circle any names that you recognize or know.

| | | |
|---|---|---|
| John Adams | Jamie Eshelman | Beverly Johnson |
| Raymond Adams | S. A. Katerina Gikas | Demetris Johnson |
| Simona Adams | Det. Gus Giannakoulias | Antoine Jones |
| David Ambrose | Anthony Givens | Denise Jones |
| S.A. Kevin Ashby | Francisco Javier Gonzalez-Ruan | LaShawn Jones |
| Derrick Barrett | Angel Goodman | Twanna Jones |
| Guadalupe Barrone | Derrick Gordon | Det. Steve Kirschner |
| Roel Bermea, Jr. | Gregory Hawkins | Connie Klinkam |
| S. A. Solomon Bitsie | Harold Holden | Vince Lisi |
| Shawn Cain | Andre Holland | Juan Lopez |
| S.A. Vance Callender | Kevin Holland | Lawrence Maynard |
| Alberto Carillo-Montelongo | Det. Norma Horne | S. A. Steve Naugle |
| Kirk Carter | Michael Huggins | S.A. Kellie O'Brien |
| S. A. Mary Counts | Donald Hunter | Deborah O'Neal |
| Richard Craven | Adrian Jackson | Elizabeth Pascual |
| Larry Davis | Darnell Jackson | Det. Tony Porter |
| | | Alvin Proctor |

23

Juror No.:_____

Jeffrey Rawlings                    Daniel Zintura

Kevin Ray

Carlos Reyna

Ricardo Sanchez-Gonzalez

S.A. Mike Sharpe

Gary Smith

Pauline Spence S. A.

Clifford Swindell

Vi-Ki Taylor

Michelle Thompson

S. A. Scott Turner

Brian Waddell

Carolynette Waddell

Det. Thomas R. Webb

Det. Frederick Whitehead

Melvin Williams

Neka Williamson

Mike Wills

S. A.  Stephanie Yanta

John Yi

Task Force Officer, Kyle York