UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V. | : | Criminal No.: 05-CR-00386-4(ESH) |
| | : | |
| | : | |
| **ADRIAN JACKSON** | : | |

## MOTION FOR DEFENDANT TO RECEIVE PERSONAL CIVILIAN CLOTHING

Adrian Jackson, through undersigned counsel, respectfully requests that this Honorable Court grant an order for Mr. Jackson to receive personal civilian clothing as needed for the duration of this trial.

As grounds for his Motion, Mr. Jackson states the following:

1. Mr. Jackson is scheduled to begin trial on Monday October 16, 2006. The government has predicted that this trial will last at least until mid January 2007.

2. Out of respect for these proceedings and because he is incarcerated and unable to provide these services himself, Mr. Jackson would like to receive personal civilian clothing for the duration of this trial.

3. Such clothing for Mr. Jackson will be provided by his counsel to the U.S. Marshals Service prior to the commencement of each day's court proceedings and will be returned to counsel at the close of each day's court proceedings. .

**WHEREFORE**, for these reasons, Adrian Jackson respectfully requests this court to grant his motion for personal civilian clothing.

Respectfully Submitted,

Jon W. Norris
Attorney for Adrian Jackson
641 Indiana Avenue, NW
Washington, DC 20004
(202) 842-2695 ph
(202)842-2627 fax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** : | |
| : | |
| **V.** : | **Criminal No.: 05-CR-00386-4(ESH)** |
| : | |
| : | |
| **ADRIAN JACKSON** : | |

# **ORDER**

Upon the defendant's application, and pursuant to his right to due process of law, <u>Estelle v. Williams</u>, 4 25 U.S. 501 (1976), it is, this _____ day of October, 2006; It is Hereby **ORDERED** that United States Marshals Service shall permit the defendant Adrian Jackson to receive clothing provided by counsel and to change into said clothing prior to the commencement of each day's proceedings, and it is further

**ORDERED** that the defendant shall be permitted to change out of said clothing and return it to his counsel at the close of each day's proceedings.

_____
The Honorable Ellen Segal Huvelle