UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V. | : | Criminal No.: 05-CR-00386-4(ESH) |
| | : | |
| | : | |
| **ADRIAN JACKSON** | : | |

### MOTION FOR DEFENDANT TO RECEIVE A HAIRCUT AND SHAVE

Adrian Jackson, through undersigned counsel, respectfully requests that this Honorable Court grant an order for Mr. Jackson to receive a regular haircut and shave as needed for the duration of this trial.

As grounds for his Motion, Mr. Jackson states the following:

1. Mr. Jackson is scheduled to begin trial on Monday October 16, 2006. The government has predicted that this trial will last at least until mid January, 2007.

2. Out of respect for these proceedings and because he is incarcerated and unable to provide these services himself, Mr. Jackson would like to receive a haircut and shave on a regular basis as needed for the duration of this trial.

**WHEREFORE**, for these reasons, Adrian Jackson respectfully requests this court to grant his motion for a haircut and shave.

Respectfully Submitted,

Jon W. Norris
Attorney for Adrian Jackson
641 Indiana Avenue, NW
Washington, DC 20004
(202) 842-2695 (Ph.)
(202) 842-2627 (Fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| V. | : | Criminal No.: 05-CR-00386-4(ESH) |
| | : | |
| | : | |
| **ADRIAN JACKSON** | : | |

## ORDER

This Honorable Court **FORTHWITH ORDERS** that the District of Columbia, Department of Corrections, **IMMEDIATELY** provide to inmate Adrian Jackson, the necessary services to obtain a hair cut and shave on a regular basis for the duration of this trial, beginning on Monday October 16, 2006.

_____                                         _____
Date                                                                                  The Honorable Ellen Segal Huvelle