**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES** | : |
| | : |
| **V.** | :     **Criminal No.: 05-CR-00386-4(ESH)** |
| | : |
| | : |
| **ADRIAN JACKSON** | : |

# MOTION TO JOIN MOTION
# TO RECESS ON FRIDAYS DURING TRIAL

Counsel for Adrian Jackson, respectfully requests to join the motion of counsel for Antoine Jones to recess on Fridays during trial.

As grounds for his Motion, Mr. Jackson states the following:

1. Mr. Jackson is one of five co-defendants scheduled to begin trial on Monday October 16, 2006. The government has predicted that this trial will last at least until mid January 2007.

2. Counsel for Mr. Jackson is a solo practioner with a full docket of criminal cases. Undersigned does not have a legal partner or associate that can stand in on these cases. These cases are mostly felonies cases and all of these cases are retained and not court appointed. Most of these cases have hearing scheduled during the next several months. For the sake of efficiency many of these matters have the pending hearings set on Fridays.

3. Each of these cases represents an actual client with actual legal issues that need attending before various Courts.

4. Should the above captioned case proceed to trial Mondays through Fridays from 9:30am until 4:30pm as directed, this would create a hardship for

counsel and prevent counsel from attending to the needs of his other

client's

**WHEREFORE**, for these reasons, counsel for Adrian Jackson respectfully

requests this court to grant the pending motion to recess on Fridays during trial.


Respectfully Submitted,

Jon W. Norris
Attorney for Adrian Jackson
641 Indiana Avenue, NW
Washington, DC 20004
(202) 842-2695 ph
(202)842-2627 fax