UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| V. | : | Criminal No.: 05-CR-00386-4(ESH) |
| | : | |
| ADRIAN JACKSON | : | |

### ORDER

This Honorable Court **FORTHWITH ORDERS** that the District of Columbia, Department of Corrections, **IMMEDIATELY** provide to inmate Adrian Jackson, the necessary services to obtain a hair cut and shave on a regular basis for the duration of this trial, beginning on Monday October 16, 2006.

10/16/06
Date

Ellen S Huvelle
The Honorable Ellen Segal Huvelle