UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 16 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES         :
                      :
V.                    :   Criminal No.: 05-CR-00386-4(ESH)
                      :
                      :
ADRIAN JACKSON        :

## ORDER

Upon the defendant's application, and pursuant to his right to due process of law, Estelle v. Williams, 4 25 U.S. 501 (1976), it is, this __16__ day of October, 2006; It is Hereby **ORDERED** that United States Marshals Service shall permit the defendant Adrian Jackson to receive clothing provided by counsel and to change into said clothing prior to the commencement of each day's proceedings, and it is further

**ORDERED** that the defendant shall be permitted to change out of said clothing and return it to his counsel at the close of each day's proceedings.

_____
The Honorable Ellen Segal Huvelle