# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Criminal Nos.  05-386 (ESH)** |
| | : | |
| **ANTOINE JONES,** | : | |
| **     also known as Toine.** | : | |
| **ADRIAN JACKSON,** | : | |
| **MICHAEL HUGGINS,** | : | |
| **KEVIN HOLLAND,** | : | |
| **KIRK CARTER,** | : | |
| **                    Defendants.** | : | |

## GOVERNMENT'S PROPOSED OPENING JURY INSTRUCTIONS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court give the attached opening instructions to the jury.  Unless other wise indicated, these instructions are taken in their entirety from the Criminal Jury Instructions for the District of Columbia, the "Red Book."  Those proposed instructions which are modified are listed in italics below and the modifications in the attachment are designated by italics for additions or strikeovers for deletions.[1]  The following list also indicates the page number at which the instruction may be found in Attachment A.

### Proposed Jury Instructions

1. *1.03--Preliminary Instruction Before Trial* ---- 1[2]

---

[1]  This is not true where the modification involves the selection or omission of a bracketed portion of the Redbook instruction

[2]  This proposed instruction includes several other instructions which the Redbook suggests should be given at the beginning of a trial and which are repeated in the final instructions we are proposing, including Instructions 3.10 and 3.11, Wire Taps or Wire Interceptions and Consensual Tape Recording, respectively.

2. 1.05--Cautionary Instruction Prior to First Recess ---- 24

3. 1.22--A Juror's Recognition of a Witness or Other Party
Connected to the Case ---- 26

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


_____
JOHN V. GEISE
Assistant United States Attorney


_____
RACHEL CARLSON LIEBER
Assistant United States Attorney

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal Nos.  05-386 (ESH)** |
| | **:** | |
| **ANTOINE JONES,** | **:** | |
|     **also known as Toine.** | **:** | |
| **ADRIAN JACKSON,** | **:** | |
| **MICHAEL HUGGINS,** | **:** | |
| **KEVIN HOLLAND,** | **:** | |
| **KIRK CARTER,** | **:** | |
|     **Defendants.** | **:** | |

**<u>GOVERNMENT'S PROPOSED OPENING JURY INSTRUCTIONS</u>**

# Attachment A