**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**FILED**

OCT 2 7 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA     :
                                    :
         v.                          :     **Case No. 05-CR-386 (ESH)**
                                    :

**ANTOINE JONES**                     :
**ADRIAN JACKSON**              :
**MICHAEL HUGGINS**           :
**KEVIN HOLLAND**                :

## O R D E R

**TO THE WARDEN OF THE CENTRAL DETENTION FACILITY (D.C. JAIL):**

The Defendants in this case (Antoine Jones, DCDC # 241912; Adrian Jackson,

DCDC # 307059 ; Michael Huggins, DCDC # 232589 ; Kevin Holland, DCDC

# 265520 ) are currently in trial before this Court until January 2007.

It has been brought to the Court's attention that Defendants are provided a lunch

sandwich consisting of a single slice of cheese between two pieces of bread, without variation.

Considering the expected length of this trial, the Court is hereby directing the

Warden to provide a greater variety of sandwiches to Defendants during the course of their trial.

Date:   October 27, 2006

*Ellen S Huvelle*

**ELLEN SEGAL HUVELLE
UNITED STATES DISTRICT JUDGE**