Case 1:05-cr-00386-ESH   Document 286   Filed 12/19/2006   Page 1 of 2

05-386-4

VERDICT FORM

VD.

FILED
DEC 1 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## 2. ADRIAN JACKSON

I. **Narcotics Conspiracy**

**Count One**: Conspiracy to distribute and/or possess with intent to distribute a controlled substance from on or about sometime in at least 2003, and continuing thereafter up to and including October 24, 2005.

**Not Guilty** ✓_____        **Guilty** _____

If you find the defendant guilty of Count One proceed to the section called "Controlled Substances" below. If you find the defendant not guilty then skip section II (Count Four) and proceed to Section III on page 8

Controlled Substances

If you find the defendant guilty of Count One, narcotics conspiracy, then you must answer the following questions relating to the amount of drugs for which the defendant is responsible, including those drugs that he actually distributed or possessed with intent to distribute, and those drugs distributed or possessed with intent to distribute by co-conspirators which the defendant knew or reasonably could have foreseen would be distributed or possessed in furtherance of the conspiracy.

Cocaine Hydrochloride also known as Powder Cocaine

(A) 5 kilograms or more of mixtures and substances containing a detectable amount of cocaine.

**Not Proven:** _____        **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine was 5 kilograms or more, then you should consider whether the drug quantity was:

(B) 500 grams or more but less than 5 kilograms of mixtures and substances containing a detectable amount of cocaine.

**Not Proven:** _____        **Proven:** _____

If you are unable to find unanimously that the quantity of cocaine was 500 grams or more, then you should consider whether the drug quantity was:

    (C) Less than 500 grams of mixtures and substances containing a detectable amount of cocaine.

        **Not Proven:** _____         **Proven:** \_\_\_✓\_\_\_\_\_

**II.**    <u>**Possession of a Firearm during a drug trafficking offense**</u>

    <u>Count Four</u>: Possessing a firearm during a drug trafficking offense on or about October 24, 2005.

        Not Guilty \_\_\_✓\_\_\_         Guilty _____

**III.**    <u>**Telephone Counts**</u>

    <u>Count Nine</u>: Unlawful use of a communication facility on or about September 23, 2005 (Overt Act 11).

        Not Guilty \_\_\_✓\_\_\_         Guilty _____

    <u>Count Eleven</u>: Unlawful use of a communication facility on or about September 28, 2005 (Overt Act 22).

        Not Guilty \_\_\_✓\_\_\_         Guilty _____

    <u>Count Twenty-three</u>: Unlawful use of a communication facility on or about October 12, 2005 (Overt Act 61).

        Not Guilty \_\_\_✓\_\_\_         Guilty _____

12-19-06
DATE                                   FOREPERSON