AO 245A (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

Adrian Jackson

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  CR 05-386-4

FILED
DEC 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

| Ellen Segal Huvelle | U.S. District Court Judge |
|---|---|
| Name of Judge | Title of Judge |

12/19/06
Date